THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOGAN POLLY, | CASE NO. C20-1432-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| E&E FOODS AND F/V BEAGLE, LLC, IN PERSONAM; M/V CAPE GRIEG, OFFICIAL NUMBER 654947, HER ENGINES, MACHINERY, APPURTENANCES AND CARGO, IN REM, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint stipulation regarding briefing schedule for Defendant's cross-motion for partial summary judgment (Dkt. No. 13). Having reviewed the pleadings in this matter, it is hereby ORDERED that:

1. The briefing schedule outlined in the parties' stipulation (Dkt. No. 13) is APPROVED as follows:

    a. Plaintiff's opposition to Defendants' cross-motion for partial summary judgment shall be due on Monday, January 4, 2021.

    b. Defendants' reply brief regarding Defendants' cross-motion for partial

MINUTE ORDER
C20-1432-JCC
PAGE - 1

summary judgment shall be due on Friday, January 8, 2021.

2. The Clerk is DIRECTED to renote Plaintiff's motion for summary judgment (Dkt. No. 6) to January 8, 2021.

DATED this 9th day of December 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
