UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOGAN POLLY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>E&E FOODS, *et al.*,<br><br>　　　　　Defendants. | CASE NO. C20-1432-JCC<br><br>ORDER |

This matter comes before the Court on Plaintiff's Corrected Motion for Dismissal with Prejudice (Dkt. No. 24). The Court hereby DISMISSES this case, with prejudice and without an award of fees or costs to either party, under Federal Rule of Civil Procedure 41(a)(2).

DATED this 29th day of April 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE